UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

In re: JONATHAN MICHAEL PENICK                    Case No: 6:25-bk-71372 T

## OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1322(d) plan is proposed for a period greater than five years. The Trustee calculates the proposed plan will take more than 70 months to complete.

2. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code. The Trustee requests further information regarding the potential pre-petition preferential transfer of $5,000.00 of property to debtor's step-son.

3. 11 U.S.C. 1325(a)(9) Debtor has failed to file tax returns for tax years 2023-2024 with the appropriate tax authorities, as required by Section 1308.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated: 9/8/2025                                    /s/ Jack W Gooding
                                                   CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 9/8/2025, with sufficient postage to assure delivery to the following:

Jonathan Michael Penick
12249 Highway 9
Malvern, Ar  72104

Dickerson Law Firm (Ach) - Electronically by ECF

                                                   /s/ Jack W Gooding
                                                   CHAPTER 13 TRUSTEE